THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM R. MILES, Appellant, v. THE WARDEN OF THE CITY PRISON, Respondent.— Order affirmed. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EDWARD J. QUINTAL and Others, Respondents, v. WILLIAM HERTZ and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOYSON'S, INC., Respondent, v. THIRD HOLDING CORPORATION, Appellant, Impleaded with Others.— Order so far as appealed from modified by granting motion as to items 17, 18, 22, 23, 24 and 39, and as so modified affirmed, without costs. Verified bill of particulars to be served within twenty days from service of order. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BENJAMIN BLOCK and Others, Appellants, v. WILLIAM C. DURANT and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

P. & W. CREDITORS CORPORATION, Appellant, v. LEONARD A. YOUNG, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ESTHER A. VAIL, Respondent, v. KATE CARLYLE VAIL, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The further bill of particulars to be served within ten days from service of order. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ABBOTT KARLIN, Appellant, v. GLADYS KARLIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

STANLEY MICHELMAN, an Infant, by ABRAHAM MICHELMAN, His Guardian ad Litem, Respondent, v. IRWIN RUBINSTEIN and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE GREY ADVERTISING SERVICE, INC., Appellant, v. YBRY Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LAWRENCE BAGATTA, Appellant, v. GUSTAV PICK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.